IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

O'BRIAN KEITH PIGEE,

    Defendant.                                              Case No. 06-CR-30085-DRH

## ORDER

**HERNDON, District Judge:**

        This matter is before the Court on Defendant's Motion to Continue Trial (Doc. 15). Defendant states that the Government has no objection to a continuance of the current trial setting of September 25, 2006. Defendant requests a continuance because he anticipates entering a plea in this case and therefore needs more time to work out the terms of a plea agreement with the Government. This is the first motion to continue filed in this matter – September 25, 2006 is the initial trial date scheduled. Noting that the Defendant has a right to plea to the charges of his indictment, if possible, and that it is important to attempt to reach an agreement most beneficial to both the Government and the Defendant, the Court finds that to deny a continuance of the matter would result in a miscarriage of justice. Additional time is necessary to give both parties to this action the necessary time to give due consideration to the important issues associated with this matter. For the

1

Defendant, in particular, the decision and its ramifications are life changing and he must be given the time he needs to have proper consultation with his counsel. To deny this necessity would result in a miscarriage of justice.

Therefore, for this reason, the Court finds that pursuant to **18 U.S.C. § 3161(h)(8)(A)**, the ends of justice served by the granting of such continuance outweigh the best interests of the public and Defendant in a speedy trial. Accordingly, the Court **GRANTS** Defendant's Motion to Continue (Doc. 15). The Court **CONTINUES** the **JURY TRIAL** scheduled for Monday, September 25, 2006 at 9:00 a.m. to **Monday, November 27, 2006 at 9:00 a.m.** The time from the date the original Motion to Continue (Doc. 15) was filed, September 20, 2006, until the date to which the trial is rescheduled, November 27, 2006, is **EXCLUDABLE TIME** for the purposes of speedy trial.

**IT IS SO ORDERED.**

Signed this 22nd day of September, 2006.

/s/        David    RHerndon
**United States District Judge**

2